1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

DEC 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DONALD D. WILLIS, PRO SE
    PLAINTIFF

7205 Norma Street
vs. Ft. Worth, Texas 76112

CITI RESIDENTIAL LENDING, AMERIQUEST MORTGAGE COMPANY

    DEFENDANTS

CIVIL CAUSE NUMBER: _____

Case: 1:07-cv-02348
Assigned To : Robertson, James
Assign. Date : 12/19/2007
Description: Pro Se General Civil

*JURY ACTION*

**COMPLAINT BASED UPON PREDATORY LENDING AND MORTGAGE FRAUD**

1. THIS IS A CIVIL ACTION SEEKING DAMAGES AGAINST THE DEFENDANT FOR COMMITTING PREDATORY LENDING AND MORTGAGE FRAUD.

2. THE COURT HAS JURISDICTION SEVERE VIOLATIONS OF PREDATORY LENDING PRACTICES BY THE DEFENDANTS AGAINST THE PLAINTIFF HAVE BEEN COMMITTED.

3. THE PLAINTIFF, RESIDES AT:

        *DONALD D. WILLIS
        7205 NORMA STREET
        FORT WORTH, TEXAS 76112*

**RECEIVED**

NOV 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Federal Complaint

1

4. DEFENDANT CITI RESIDENTIAL LENDING AND THEIR ADDRESS IS:

   POST OFFICE BOX 11056
   ORANGE CALLIFORNIA 92856-8165

5. DEFENDANT AMERIQUEST MORTGAGE COMPANY ADDRESS IS

1100 Town & Country Rd., Suite 1200
Orange, California 92868

ALLEGATION 1

6. THE DEFENDANT IN AN ARBITRARY AND CAPRICIOUS WAY HAVE DENIED THE PLAINTIFF THE OPPORTUNITY TO OWN AND REFINACE HIS HOME BECAUSE OF PREDATORY LENDING POLICIES

ALLEGATION 2

7. THE DEFENDANT IN A CONTINOUS AND REPEATING MANNER HAS TRIED TO DESUADE THE PLAINTIFF FROM KEEPING HIS HOME BY CONDUCTING PREDATORY LENDING POLICES AGAINST HIM AND ET OTHER BLACK INDIVIDUAL HOME OWNERS.

ALLEGATION 3

8. THE DEFENDANTS ARE ALLEDGE TO HAVE CONDUCTED THE FOLLOWING AGAINST THE PLAINTIFF DURING LOAN TRANSACTIONS:

A. ENGAGE IN A PATTERN OF DISCRIMINATORY CONDUCT-TARGARETING BORROWERS ON THE BASIS OF RACE, NATIONAL ORGIN, AGE AND GENDER-AND PROVIDED THOSE BORROWERS LESS FAVORITE TERMS IN LOANS CONTRACTS THAN WOULD BE PROVIDE BUT FOR THE BORROWERS RACE, NATIONAL ORGIN, AGE AND OR GENDER; FAILED TO PROVIDE REQUIRED DISCLOSURES, INCLUDING, THE SATUTUTORILY MANDATED NOTICE OF RIGHT TO CANCEL, AND FALSIFY INCOME STATED ON LOAN APPLICATIONS SO THAT THAT BORROWERS QUALIFY FOR LARGER

Federal Complaint

3

LOANS THAN THEY ASK FOR AND CAN AFFORD; ENGAGE IN A BAITH AND SWITH SCHEME, REPRESENTING TO BORROWERS THAT THEIR LOANS WILL HAVE CERTAIN TERMS AND CONDUCTIONS, THEN INDUCE BORROWERS TO SIGN MORTGAE CONTRACTS CONSISTING OF FAVORABLE TERMS AND CONDITIONS, WHILE AT THE SAME TIME MISLEADING THE BORROWERS ABOUT THOSE TERMS AND CONDITIONS; AND WRONGFULLY INDUCE BORROWERS TO TAKE RESIDENTIAL MORTGAGES THAT SADDLE BORROWERS WITH PRINCIPLE AMOUNTS DEFENDANTS KNOW OR SHOULD KNOW THE BORROWERS INCOME CANNOT SUPPORT, AND THEN CHARGE THE BOROWERS UNDISCLOSED, UNJUSTIFIABLE HIGH ORIGINATION FEES AND EXPENSES.

ALLEGATION 4

8. THE DEFENDANTS IS PART OF A MORTGAGE DECEPTION AND PREDATORY LENDING SCHEME TO DEFRAUD THE PLAINTIFF OUT OF HIS OPPORTUNITY TO OWN A HOME.

TRIAL BY JURY:

JURY TRIAL REQUEST.

RELIEF REQUESTED

PLAINTIFF SEEKS JUDGMENT AS FOLLOWS:

A.   DAMAGES IN THE AMOUNT OF $10,000,000 FOR THE DECEIVING THE PLAINTIFF.

Federal Complaint

4

RESPECTFULLY SUBMITTED:

*Donald D. Willis*

DONALD D. WILLIS, PRO SE

7205 NORMA STREET

FORT WORTH, TEXAS 76112

Federal Complaint

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Donald D Willis

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se

## DEFENDANTS

Citi Residential Lending, et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**JURY ACTION**

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-02348
Assigned To : Robertson, James
Assign. Date : 12/19/2007
Description: Pro Se General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ■ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY!)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ■ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
■ 370 Other Fraud
■ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

- 0 -

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/P[RIV]ACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of I[nformation] [Act]<br>☐ 890 Other Statut[ory] [Ac]tions (if Privacy A[ct])<br><br>*(If pro se, select th[is dec]k)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contra[ct]* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable I[nstrument]<br>☐ 150 Recovery of [Overpay]ment & [Ju]dgment<br>☐ 153 Recovery of [Over]payment of Veteran's B[enefits]<br>☐ 160 Stockholder'[s Suits]<br>☐ 190 Other Contr[act]<br>☐ 195 Contract Pr[oduct] Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
■ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Trans[ferred] from anoth[er dist]rict (specif[y]) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILIN[G AN]D WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAN[D] Check YES only if demanded in complaint  JURY DEMAND: ■ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☐ NO   If yes, please complete [relate]d case form.

DATE 12/19/07   SIGNATURE OF ATTORNEY OF RECORD *NCP*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER [SHEET] [FORM] JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the [filing] and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United St[ates in] September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Cl[erk of] Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) Count[y of res]idence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington[, D.C.], and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of [citizen]ship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your cas[e will] depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You [must a]lso select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a bri[ef stat]ement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must compl[ete a re]lated case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the inf[ormatio]n provided prior to signing the form.

N:\forms\js-44.wpd