# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD D. WILLIS, *pro se*      ) | |
|      ) | |
|           Plaintiff,     ) | |
|      ) | |
| v.     ) | CIVIL ACTION NO. 07-cv-02348-JR |
|      ) | |
| CITI RESIDENTIAL LENDING, and     ) | |
| AMERIQUEST MORTGAGE COMPANY     ) | |
|      ) | |
|           Defendants.     ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Charles L. Eisen on behalf of defendant Ameriquest Mortgage Company ("Ameriquest") and defendant Citi Residential Lending, Inc. ("Citi Residential"). Counsel for Ameriquest and Citi Residential identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

          Respectfully submitted,

          AMERIQUEST MORTGAGE COMPANY and
          CITI RESIDENTIAL LENDING, INC.

          By their attorneys,

          /s/ *Charles L. Eisen*

          _____
          Charles L. Eisen (DC Trial Bar No. 03764)
          KIRKPATRICK & LOCKHART
            PRESTON GATES ELLIS LLP
          1601 K Street, N.W.
          Washington, District of Columbia 20006
          Tel: (202) 778-9000
          Fax: (202) 778-9100
          charles.eisen@klgates.com

Dated: February 4, 2008

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 4th day of February, 2008.

Donald D. Willis, *pro se*
7205 Norma Street
Ft. Worth, TX 76112

      /s/ *Charles L. Eisen*
      _____
      Charles L. Eisen