# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD D. WILLIS, *pro se*  <br>  <br>  Plaintiff,  <br>  <br> v.  <br>  <br> CITI RESIDENTIAL LENDING, and  <br> AMERIQUEST MORTGAGE COMPANY  <br>  <br>  Defendants. | )  <br> )  <br> )  <br> )  <br> )  <br> )   CIVIL ACTION NO. 07-cv-02348-JR  <br> )  <br> )  <br> )  <br> )  <br> )  <br> ) |

### DEFENDANT CITI RESIDENTIAL LENDING, INC.'S
### LOCAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 and Fed. R. Civ. P. 7.1, I, the undersigned, counsel of record for Citi Residential Lending, Inc. ("Citi Residential"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Citi Residential which have any outstanding securities in the hands of the public:

 1. Citibank, NA.

These representations are made in order that judges of this court may determine the need for recusal.

- 2 -

Respectfully submitted,

CITI RESIDENTIAL LENDING, INC.,

By its attorneys,

/s/ *Charles L. Eisen*
_____
Charles L. Eisen (DC Trial Bar No. 03764)
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
1601 K Street, N.W.
Washington, District of Columbia 20006
Tel: (202) 778-9000
Fax: (202) 778-9100
charles.eisen@klgates.com

R. Bruce Allensworth
Phoebe S. Winder
Ryan M. Tosi
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175
phoebe.winder@klgates.com
ryan.tosi@klgates.com
bruce.allensworth@klgates.com

Dated: February 4, 2008

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 4th day of February, 2008.

Donald D. Willis, *pro se*
7205 Norma Street
Ft. Worth, TX 76112

                                /s/ *Charles L. Eisen*
                                _____
                                Charles L. Eisen