UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD D. WILLIS, *pro se*<br><br>Plaintiff,<br><br>v.<br><br>CITI RESIDENTIAL LENDING, and<br>AMERIQUEST MORTGAGE COMPANY<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 07-cv-02348-JR<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF RELATED ACTION**

Defendants Ameriquest Mortgage Company ("Ameriquest") and Citi Residential Lending, Inc. ("Citi Residential"), by and through their attorneys Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby provide notice to alert the Court that prior to instituting this matter, plaintiff Donald D. Willis ("plaintiff") filed an identical action in the Eastern District of California. Ameriquest and Citi Residential recently learned after having filed their Motion to Dismiss (Dckt. No. 6), that on December 13, 2007, six days before filing the instant matter, plaintiff filed an identical action in the Eastern District of California styled, <u>Donald D. Willis v. Citi Residential Lending and Ameriquest Mortgage Company</u>, Civil Action No. 2:07-cv-02691-GEB-DAD ("the Eastern District of California action").[1]

On or around February 11, 2008, Ameriquest received a waiver of service of summons request from the U.S. Marshal's Office relating to the Eastern District of California action. To the best of its knowledge, Citi Residential has not yet received such a request. Plaintiff's

---

[1] Pursuant to Local Rule 40.5(b), plaintiff is required at the time of filing his complaint to report "any related case pending in this court or in any other United States Court." Plaintiff has failed to comply with this Local Rule. See Civil Action Cover Sheet, Dckt. No. 1, Ex. 1 (providing no information in Section VIII "Related Cases").

BOS-1168786 v3

Complaint in the Eastern District of California action is, in all material respects, the same Complaint in this matter. A copy of plaintiff's Complaint filed in the Eastern District of California action is attached hereto as Exhibit 1.

    Respectfully submitted,

    AMERIQUEST MORTGAGE COMPANY and CITI RESIDENTIAL LENDING, INC.

    By their attorneys,

    /s/ *Charles L. Eisen*

    _____
    Charles L. Eisen (DC Trial Bar No. 03764)
    KIRKPATRICK & LOCKHART
      PRESTON GATES ELLIS LLP
    1601 K Street, N.W.
    Washington, District of Columbia 20006
    Tel: (202) 778-9000
    Fax: (202) 778-9100
    charles.eisen@klgates.com

    R. Bruce Allensworth
    Phoebe S. Winder
    Ryan M. Tosi
    KIRKPATRICK & LOCKHART
      PRESTON GATES ELLIS LLP
    State Street Financial Center
    One Lincoln Street
    Boston, MA 02111
    Tel: (617) 261-3100
    Fax: (617) 261-3175
    phoebe.winder@klgates.com
    ryan.tosi@klgates.com
    bruce.allensworth@klgates.com

Dated: February 19, 2008

- 3 -

### CERTIFICATE OF SERVICE

      I hereby certify this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 19th day of February, 2008.

Donald D. Willis, *pro se*
7205 Norma Street
Ft. Worth, TX 76112

                                             /s/ *Charles L. Eisen*
                                             _____
                                             Charles L. Eisen

# EXHIBIT 1

Case 1:07-cv-02348-JR     Document 11-2     Filed 02/19/2008     Page 1 of 5

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

DEC 1 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ 
      DEPUTY CLERK

DONALD D. WILLIS, PRO SE
PLAINTIFF

VS.

2: 0 7 - CV - 2 6 9 1 GEB DAD PS

CITI RESIDENTIAL LENDING, AMERIQUEST MORTGAGE COMPANY

DEFENDANTS

CIVIL CAUSE NUMBER: _____

COMPLAINT BASED UPON PREDATORY LENDING AND MORTGAGE FRAUD

1. THIS IS A CIVIL ACTION SEEKING DAMAGES AGAINST THE DEFENDANT FOR COMMITTING PREDATORY LENDING AND MORTGAGE FRAUD.
2. THE COURT HAS JURISDICTION SEVERE VIOLATIONS OF PREDATORY LENDING PRACTICES BY THE DEFENDANTS AGAINST THE PLAINTIFF HAVE BEEN COMMITTED.
3. THE PLAINTIFF, RESIDES AT:

*DONALD D. WILLIS*
*7205 NORMA STREET*
*FORT WORTH, TEXAS 76112*

Federal Complaint

2

4. DEFENDANT CITI RESIDENTIAL LENDING AND THEIR ADDRESS IS:
~~POST OFFICE BOX 11056~~ 1600 McConner Parkway.
~~ORANGE CALLIFORNIA 92856-8165~~ Schaumburg, Ill. 60173

5. *DEFENDANT AMERIQUEST MORTGAGE COMPANY ADDRESS IS*

1100 Town & Country Rd., Suite 1200
Orange, California 92868

### ALLEGATION 1

6. THE DEFENDANT IN AN ARBITRARY AND CAPRICIOUS WAY HAVE DENIED THE PLAINTIFF THE OPPORTUNITY TO OWN AND REFINACE HIS HOME BECAUSE OF PREDATORY LENDING POLICIES

### ALLEGATION 2

7. THE DEFENDANT IN A CONTINOUS AND REPEATING MANNER HAS TRIED TO DESUADE THE PLAINTIFF FROM KEEPING HIS HOME BY CONDUCTING PREDATORY LENDING POLICES AGAINST HIM AND ET OTHER BLACK INDIVIDUAL HOME OWNERS.

### ALLEGATION 3

8. THE DEFENDANTS ARE ALLEDGE TO HAVE CONDUCTED THE FOLLOWING AGAINST THE PLAINTIFF DURING LOAN TRANSACTIONS:

A. ENGAGE IN A PATTERN OF DISCRIMINATORY CONDUCT-TARGARETING BORROWERS ON THE BASIS OF RACE, NATIONAL ORGIN, AGE AND GENDER-AND PROVIDED THOSE BORROWERS LESS FAVORITE TERMS IN LOANS CONTRACTS THAN WOULD BE PROVIDE BUT FOR THE BORROWERS RACE, NATIONAL ORGIN, AGE AND OR GENDER; FAILED TO PROVIDE REQUIRED DISCLOSURES, INCLUDING, THE SATUTUTORILY MANDATED NOTICE OF RIGHT TO CANCEL, AND FALSIFY INCOME STATED ON LOAN APPLICATIONS SO THAT THAT BRROWERS QUALIFY FOR LARGER

Federal Complaint

3

LOANS THAN THEY ASK FOR AND CAN AFFORD; ENGAGE IN A BAITH AND SWITH SCHEME, REPRESENTING TO BORROWERS THAT THEIR LOANS WILL HAVE CERTAIN TERMS AND CONDUCTIONS, THEN INDUCE BORROWERS TO SIGN MORTGAE CONTRACTS CONSISTING OF FAVORABLE TERMS AND CONDITIONS, WHILE AT THE SAME TIME MISLEADING THE BORROWERS ABOUT THOSE TERMS AND CONDITIONS; AND WRONGFULLY INDUCE BORROWERS TO TAKE RESIDENTIAL MORTGAGES THAT SADDLE BORROWERS WITH PRINCIPLE AMOUNTS DEFENDANTS KNOW OR SHOULD KNOW THE BORROWERS INCOME CANNOT SUPPORT, AND THEN CHARGE THE BOROWERS UNDISCLOSED, UNJUSTIFIABLE HIGH ORIGINATION FEES AND EXPENSES.

### ALLEGATION 4

8. THE DEFENDANTS IS PART OF A MORTGAE DECEPTION AND PREDATORY LENDING SCHEME TO DEFRAUD THE PLAINTIFF OUT OF HIS OPPORTUNITY TO OWN A HOME.

TRIAL BY JURY:

JURY TRIAL REQUEST.

RELIEF REQUESTED

PLAINTIFF SEEKS JUDGMENT AS FOLLOWS:

A.   DAMAGES IN THE AMOUNT OF $10,000,000 FOR THE DECEIVING THE PLAINTIFF.

Federal Complaint

4

RESPECTFULLY SUBMITTED:

*Donald D. Willis*

DONALD D. WILLIS, PRO SE

7205 NORMA STREET

FORT WORTH, TEXAS 76112

Federal Complaint