**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD D. WILLIS, | : |
| | : |
|     Plaintiff, | : |
| | : |
|   v. | : Civil Action No. 07-2348 (JR) |
| | : |
| CITI RESIDENTIAL LENDING, *et al.*, | : |
| | : |
|     Defendants. | : |

### ORDER

Plaintiff having failed to respond to defendant's motion to dismiss [dkt # 6] within the extended period allowed by this Court's order of February 8, 2008 [dkt # 10], it is **ORDERED** that the motion to dismiss is **granted as conceded.** This case is **dismissed.** The dismissal is without prejudice to the apparently identical case that plaintiff has filed in the Eastern District of California [see dkt # 11].


                                  JAMES ROBERTSON
                         United States District Judge